UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELFA PEREZ,

                Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

Case No. CV 15-807 JC

JUDGMENT

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  December 2, 2015

                          /s/

                    Honorable Jacqueline Chooljian
                    UNITED STATES MAGISTRATE JUDGE